# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SINCERE MOORE, | NO. CV 22-2891 FMO (JPRx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| COMERICA BANK, | |
| Defendant. | |

    On July 12, 2022, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

    A written response to the Order to Show Cause was ordered to be filed no later than July 29, 2022. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 8th day of August, 2022.

                                                         /s/
                                  Fernando M. Olguin
                                United States District Judge