JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SINCERE MOORE, | NO. CV 22-2891 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COMERICA BANK, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of August, 2022.

/s/
Fernando M. Olguin
United States District Judge